No. 73–997.  CANDELLA ET AL. *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 73–1023.  EVERETT STEAMSHIP CORP., S/A *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–1068.  JONES *v.* NOR-TEX AGENCIES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 482 F. 2d 1093.

No. 73–1073.  WARIN *v.* DIRECTOR, ALCOHOL, TOBACCO AND FIREARMS DIVISION, INTERNAL REVENUE SERVICE. C. A. 6th Cir.  Certiorari denied.

No. 73–1089.  OSEREDZUK *v.* WARNER Co.  C. A. 3d Cir.  Certiorari denied.

No. 73–1099.  BASS *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 73–1107.  ROSEN, EXECUTIVE DIRECTOR, U. S. CIVIL SERVICE COMMISSION, ET AL. *v.* VAUGHN ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 73–1110.  STAVOLA *v.* NEW JERSEY.  Super. Ct. N. J.  Certiorari denied.

No. 73–1141.  WHIPPLE *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 73–1151.  ROSIN ET AL. *v.* NEW YORK STOCK EXCHANGE, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 73–1158.  FLEMING *v.* STATE PERSONNEL BOARD ET AL.  Sup. Ct. Colo.  Certiorari denied.